# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

**FILED**

2009 AUG 14 P 3: 32

JUDGMENT IN A CRIMINAL CASE

(For Revocation of Probation or Supervised Release)

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

CASE NUMBER: 3:02-cr-57-J-25HTS
USM NUMBER: 29811-018

V.

DEWAYNE WHITFIELD

Defendant's Attorney: Stephen Weinbaum, Esq. (Ret)

## THE DEFENDANT

__X__ admitted guilt and is adjudicated guilty to violation of charge number __1__ of the conditions of supervised release of the Petition (Dkt. #39).

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conduct, Possession and Sale of Cocaine In Violation of the Standard Conditions of Release | March 12, 2008 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: August 6, 2009

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE
DATE: August __14__, 2009

Defendant: DEWAYNE WHITFIELD  Judgment - Page 2 of 3
Case No.: 3:02-cr-57-J-25HTS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **twenty-four (24) months.** This sentence is to run consecutive to the sentence imposed in Case Number 3:09-cr-8-J-25MCR.

____X____ The Court makes the following recommendations to the Bureau of Prisons: Estelle, South Carolina.

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

  ____ at _____ a.m.    p.m.   on _____.

  ____ as notified by the United States Marshal.

___ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ____ before p.m. on .

  ____ as notified by the United States Marshal.

  ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

Upon release from imprisonment, there shall be no term of supervised release.

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 3 - Supervised Release

| | |
|---|---|
| Defendant: DEWAYNE WHITFIELD | Judgment - Page 3 of 3 |
| Case No.: 3:02-cr-57-J-25HTS | |